| RETURN | | |
|---|---|---|
| Case No.: 5-15mj00045? | Date & time warrant executed: May 21, 2015 3:30 pm | Copy of warrant and inventory left with: 118 Chapel Hill |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

See Attached DHS Inventory Sheet.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 10, 2016

_Executing officer's signature_

Marisol O'Leary Special Agent DHS/HSI
_Printed name and title_

CLERK U.S. DISTRICT COURT NORTHERN DIST OF TX FILED 2016 MAY 10 PM 4:18 DEPUTY

**ORIGINAL** **SEALED**

IN THE ... DISTRICT ...
NORTHERN DISTRICT OF TEXAS

| IN THE MATTER OF THE SEARCH OF: | SEARCH AND SEIZURE WARRANT |
|---|---|
| The property, together with curtilage and vehicles, 118 Churchill Blvd., San Angelo, Texas 76903 | 5-15MJ0045 |

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in Northern District of Texas.

**The property, together with curtilage and vehicles, located at 118 Churchill Blvd., San Angelo, Texas 76903**, as further described in Attachment "A" which is incorporated herein by reference.

The person or property to be searched, described above, is believed to conceal:

Refer to Attachment "B" attached hereto and made a part of this Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to search on or before _June 4, 2015_
(not to exceed 14 days)

☒ in the daytime - 6:00 A.M. to 10:00 P.M.   ☐ at any time in the day or night as I find reasonable cause has been established)

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __Nancy M. Koenig__.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)
☐ for _____ days (*not to exceed 30*)
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _May 21, 2015 at 1:58 pm_   _/s/ Nancy M. Koenig_
(Judge's Signature)

City and State:   __Lubbock, Texas__   __Nancy M. Koenig, U.S. Magistrate Judge__
(Printed name and title)

DEPARTMENT OF HOMELAND SECURITY
HOMELAND SECURITY INVESTIGATIONS
ASAC SAN ANGELO

# SEARCH WARRANT INVENTORY

WARRANT #: 5-15MJ00045 BM   PAGE: 1 OF 2

LOCATION: 118 Churchill, CITY: San Angelo, STATE: TX

DATE: 05/20/2015   TIME IN: 1600 hrs   TIME OUT: 1800 hrs.

| ITEM | DESCRIPTION | LOCATION FOUND | DATE | TIME | DISCOVERING OFFICIAL |
|---|---|---|---|---|---|
| 001 | S4 cellphone Samsung Galaxy | Room G | 5/20/15 | 1622 | S. Dunagan, SA |
| 002 | w/pink Otterbox Samsung cell | Room G | 5/20/15 | 1622 | S. Dunagan, SA |
| 003 | Nintendo DS Black | Room G | 5/20/15 | 1622 | S. Dunagan, SA |
| 004 | Sandisk cards w/adapters | Room J | 5/20/15 | 1624 | Callum/McGee SAPD |
| 005 | Sandisk cards from GoPro camera | Room J | 5/20/15 | 1625 | S. Dunagan, SA |
| 006 | Blackberry cell phone | Room J | 5/20/15 | 1626 | S. Dunagan, SA |
| 007 | LG cell phone | Room J | 5/20/15 | 1626 | S. Dunagan, SA |
| 008 | White Samsung Tablet | Room C | 5/20/15 | 1630 | S. Dunagan, SA |
| 009 | Black Samsung Tablet | Room C | 5/20/15 | 1630 | S. Dunagan, SA |
| 010 | ANY Thumbdrive Red | Room C | 5/20/15 | 1630 | S. Dunagan, SA |
| 011 | SIII Samsung cellphone | Room E | 5/20/15 | 1631 | Callum/McGee SAPD |
| 012 | HP Smart Touch 15 Laptop | Room J | 5/20/15 | 1631 | Callum/McGee SAPD |
| 013 | Dell Inspiron Laptop | Room J | 5/20/15 | 1631 | Callum/McGee SAPD |
| 014 | HP Laptop Black | Room J | 5/20/15 | 1632 | Callum/McGee SAPD |
| 015 | Acer Laptop | Room J | 5/20/15 | 1632 | Callum/McGee SAPD |
| 016 | Gateway Laptop | Room J | 5/20/15 | 1633 | Callum/McGee SAPD |

DEPARTMENT OF HOMELAND SECURITY
HOMELAND SECURITY INVESTIGATIONS
ASAC SAN ANGELO

# SEARCH WARRANT INVENTORY

WARRANT #: 5-15MJ00045-BG   PAGE: 2 OF 2
LOCATION: 118 Churchill, CITY: San Angelo, STATE: TX
DATE: 05/20/15   TIME IN: 1600 hrs   TIME OUT: 1800 hrs

| ITEM | DESCRIPTION | LOCATION FOUND | DATE | TIME | DISCOVERING OFFICIAL |
|---|---|---|---|---|---|
| 017 | HP Envy Laptop Silver | Room J | 5/20/15 | 1633 | Callum/McGee SAPD |
| 018 | Toshiba External Storage | Room J | 5/20/15 | 1633 | Callum/McGee SAPD |
| 019 | Dell PC GX270 | Room J | 5/20/15 | 1633 | Callum/McGee SAPD |
| 020 | Dell PC GX150 | Room J | 5/20/15 | 1633 | Callum/McGee SAPD |
| 021 | Various Mini DV | Room J | 5/20/15 | 1640 | McGee SAPD |
| 022 | MF-2HD (3½D), #25HD Various CDs, DVDs, cases | Room J | 5/20/15 | 1642 | Callum SAPD |
| 023 | Various VHS tapes | Room G | 5/20/15 | 1650 | Griffith/McGee SAPD |
| 024 | Kodak Easyshare Camera | Room J | 5/20/15 | 1650 | McGee/Callum SAPD |
| 025 | Vivitar camera | Room J | 5/20/15 | 1651 | McGee/Callum SAPD |
| 026 | Kodak SDcard | Room G | 5/20/15 | 1652 | Griffith SAPD |
| 027 | 3½ Floppy Various CDs, DVDs | Room G | 5/20/15 | 1652 | Griffith SAPD |
| 028 | Minolta Camera w/ film | Room G | 5/20/15 | 1652 | Griffith SAPD |
| 029 | Sony Camcorder w/ film | Room H | 5/20/15 | 1710 | S. Duenagan SA |